**Motion GRANTED and Order filed January 5, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00004-CV

_____

## IN RE NESTLE WATERS NORTH AMERICA, INC. AND ROBERT LEE SEWELL, SR., Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause No. 476,827-401**

---

## ORDER

On January 5, 2021, relators Nestle Waters North America, Inc. and Robert Lee Sewell, Sr., filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable James Horowitz, Judge of Probate Court No. 4, in Harris County, Texas, to set aside his order dated December 28, 2020, entered in trial court number 476,827-401, styled *Kenneth Hurr, Individually and as*

*Independent Administrator of the Estate of Huh Tao Sung (Deceased), et al. v. Nestle Waters North America, Inc., et al.*

Relators have also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On January 5, 2021, relators asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** the December 28, 2020 order entered in trial court cause number 476,827-401, *Kenneth Hurr, Individually and as Independent Administrator of the Estate of Huh Tao Sung (Deceased), et al. v. Nestle Waters North America, Inc., et al.*, **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests real parties in interest, to file a response to the petition for writ of mandamus on or before January 26, 2021. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Poissant.